Dale Maisano 077871
Arizona State Prison Tucson Winchester
P.O. Box 24407
Tucson, Arizona 85734

RECEIVED
IN CLERK'S OFFICE
JUL 30 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

In The United States District Court
For The District of Arizona

Dale Maisano,
  Plaintiff
v.
United States Attorney General
Eric Hampton Holder Jr.,
U.S. Dist. Ct Judge Todd J.
Campbell, AOW G. Pacheco,
Warden Tresa Schroeder,
Dir. Charles Ryan, Corizon
Health Inc., NP John Madrzejewski,
NP Rick Unger, NHD J. Zevallos,
RN Angela Martinez, Arizona State of,
FHA Matthew Harvey, Defendants,

Same as in other 2 Filings
1997 (e) 42 U.S.C.A.
New Emergency Action

All Defendants are fully aware I'm burnt VIA The Sun on a constant. On 7-23 while waiting for Lunch in Chow Line My Neck hands and face were all burnt. I was unable to eat do to Sun Poisoning. See 13-CV-0697 - 13-558

Relief Requested.
1. Same Relief as in above 2 Cases x Tripple Monies.
2. Correct or File this as needed. There will be Appeal and Service will be Given on Holder.
3. All Actions Turn to Writs of Habias Corpus and Go International

cc No Access to Copies of Paralegal
The Court must Give copies as needed to Both Defendants and Plaintiff

Submitted This 24th Day of July
2013 By Dale Maisano
Dale Maisano

Case 3:13-cv-00778   Document 1   Filed 07/31/13   Page 1 of 1 PageID #: 1