ARIZONA DEPARTMENT OF CORRECTIONS

# Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)
Received by: _____
Title: OH
Badge #: _____
Date: 6-27-12

**PLEASE PRINT**

Inmate's Name (Last, First, M.I.): Maisano, Dale
ADC No.: 077877
Date: 6-27-12
Institution: ASPC-T-Winchester 8A21B
Case Number: C41-065-012
TO: Complex Warden

I am appealing the decision of Deputy Warden Chris Lang for the following reasons:

On 5-9-12 I was issued Not one but Two Lay-ins Meals in Living Quarters, No Field Activities, If I were seen and hearing "I Get Burnt VIA The Sun" I'd heed the warning. In Your case Staff Failed to use Common Sense. Not, there Two are not The only SNO's. Medical is not a rollball service it is time replaced. Sure staff fail to carry out simple Duty, at this search You Shade Spot will Not Protect Me, It takes about 2 min and a small amount of Sun to burn Me. Correct/Pay Me.

Inmate's Signature: Dale Maisano
Date: 6-27-12

Grievance Coordinator's Signature: _____ Date: _____

Response To Inmate By: _____ Location: _____

Staff Signature: _____ Date: _____

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

Case 3:13-cv-00778  Document 1-1  Filed 07/31/13  Page 1 of 1  PageID #: 2

802-3P